**Exhibit A to the Complaint**

**Location:** Marshfield, MA  **IP Address:** 72.74.147.244
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A0FB4BDD31092558A73DC64206A1C4DC77DDFDF0 | 06/14/2025 05:33:26 | Vixen | 06/13/2025 | 06/20/2025 | PA0002536521 |
| 2 | 91b17e26737e54d68fbc21e16176b57a148290d0 | 08/24/2025 04:35:12 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 3 | D7F873FF97E74133C04225338756F0D127299F1A | 06/05/2025 03:35:46 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 4 | 9A091F480E49786737D8A164F7FC08D1C73496EB | 03/23/2025 08:07:36 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |
| 5 | 4219A42992A61E7F3ADE87D65505902D23655196 | 03/13/2025 05:22:02 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |
| 6 | c3662e87ff30730296f71bd27916bcc1692b874c | 03/10/2025 21:46:36 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |
| 7 | 9903b16245ce1c74a46cf71b39b38838edcd60c8 | 03/07/2025 05:35:41 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 8 | 023FEE1D9A979EC75B9EB19A01A32259D8A644D3 | 03/05/2025 06:57:54 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 9 | 68B125D28968D93CD2C43D39CE7F0EB68D638B0A | 03/02/2025 05:48:51 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 10 | 093CCA427F9B58AEB9611A89235FF2F846405BA3 | 02/21/2025 08:40:54 | Milfy | 12/13/2023 | 01/16/2024 | PA0002453493 |
| 11 | fdc03975e0a7cb560ea7914ff36df1d5f6436205 | 02/20/2025 05:17:30 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 12 | 4f29961afa747fcd8497cf4f3a03ec941c8ad107 | 02/18/2025 12:56:52 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 13 | f89ab7dc42afcb8f2f0aaf6dddf10122b0dde56a | 02/17/2025 23:20:47 | Blacked | 03/13/2021 | 03/22/2021 | PA0002282509 |
| 14 | 4cdc1c90957617af3afbc4f242fdca5b2d48a7fb | 02/04/2025 23:00:31 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 15 | 6307CD6EE0870DD8458B9A806E627947B8683ABC | 01/30/2025 05:57:15 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 16 | 4ccb850fef2809ada2092b0f85fe07ad6b1ee4c6 | 01/27/2025 09:55:43 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 989480984D94612AA231FB43D8AB0C2D58CC7EFE | 01/23/2025 05:43:53 | Milfy | 01/22/2025 | 02/18/2025 | PA0002516122 |
| 18 | 375f18bd727dfbd30defa46b8d256f633b591b45 | 12/29/2024 05:52:14 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 19 | 0e4adc25afcd2243a24221aa17cabc6fec49f142 | 12/24/2024 08:48:40 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 20 | D206947919BA63CE982D908524ADAA024472E0F6 | 12/19/2024 06:26:58 | Milfy | 12/18/2024 | 01/15/2025 | PA0002509399 |
| 21 | c9a07bcecc3a5e75377ec48e2c528006d847fb6f | 12/15/2024 00:33:20 | Vixen | 11/29/2024 | 12/13/2024 | PA0002506265 |
| 22 | 99113be057f1403024faba9f1c02c07bc22af95f | 12/03/2024 09:44:16 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 23 | 9908226e24ef1ae95cc17c89d42d41196c7a1d4a | 12/03/2024 09:42:40 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 24 | 990e5d769f08399c3f6e9fcddc913d6c844e8483 | 12/03/2024 09:42:27 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |